Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Hartford Underwriters Insurance Company, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 25-cv-03188 |
| Buchheit Enterprises, Inc., Jason Shaver, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Hartford Underwriters Insurance Company's action against Defendants Buchheit Enterprises, Inc. and Jason Shaver is dismissed without prejudice.

**Dated: 11/20/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court